IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  02-cv-02060-ZLW-OES

FRAN-AM PARTNERSHIP, L.L.C.,

    Plaintiff,

v.

SPORTS CAR CLUB OF AMERICA, INC., and
S.C.C.A. ENTERPRISES, INC.,

    Defendants.
_____

MINUTE ORDER
_____

ORDER ENTERED BY JUDGE ZITA L. WEINSHIENK

Joan E. Boline, Judicial Assistant

Dated: July __6__, 2005

    It is ORDERED that the Stipulated Motion For Order To Set Briefing Schedule is granted.  It is

    FURTHER ORDERED that Plaintiff shall file a response brief, not to exceed 40 pages, to Defendants' Motion For Summary Judgment on or before August 31, 2005, plus attached concise exhibits limited to essential portions of documents.  It is

    FURTHER ORDERED that Defendants may file a reply brief, not to exceed 10 pages, with additional concise exhibits, if necessary, on or before September 30, 2005.  It is

    FURTHER ORDERED that copies of documents attached to the opening brief shall not be attached to the response or reply brief, and copies of documents attached to the response brief shall not be attached to the reply brief.  It is

    FURTHER ORDERED that Plaintiff's exhibits shall be marked with numbers, and Defendants' with letters.  It is

FURTHER ORDERED that counsel shall read and follow D.C.COLO.LCivR 56.1. It is

FURTHER ORDERED that, because the Expert Report Of Roger G. Noll, attached as Exhibit R to Defendants' Motion For Summary Judgment, is unsigned, Defendants shall file a signed copy of his signature page <u>only</u> on or before July 15, 2005.  It is

FURTHER ORDERED that, due to the length of exhibits and in addition to filing them electronically, the parties shall submit directly to chambers a courtesy copy, in paper format, of any additional exhibits.  It is

FURTHER ORDERED that Defendants' Motion For Summary Judgment is set for hearing on Tuesday, November 29, 2005, at 2:00 p.m., in Courtroom A801, Eighth Floor, Alfred A. Arraj United States Courthouse, 901 - 19th Street, Denver, Colorado 80294.