IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  02-cv-02060-ZLW-OES

FRAN-AM PARTNERSHIP, L.L.C.,

     Plaintiff,

v.

SPORTS CAR CLUB OF AMERICA, INC., and
S.C.C.A. ENTERPRISES, INC.,

     Defendants.
_____

MINUTE ORDER
_____

ORDER ENTERED BY JUDGE ZITA L. WEINSHIENK

Joan E. Boline, Judicial Assistant

Dated: September   21  , 2005


     It is ORDERED that Plaintiff Fran-Am Partnership's Unopposed Motion For Leave To File Corrected Brief Instanter is granted, and Plaintiff Fran-Am's Response To Defendants' Motion For Summary Judgment (Corrected Version) is accepted for filing.