# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 02-cv-2060-ZLW-OES

FRAN-AM PARTNERSHIP, LLC,

      Plaintiff,

v.

SPORTS CAR CLUB OF AMERICA, INC. and
SCCA ENTERPRISES, INC.,

      Defendants.

_____

## ORDER ON JOINT MOTION TO MODIFY FINAL PRETRIAL ORDER
_____

The Court, having read and reviewed the Joint Motion to Modify Final Pretrial Order, and being otherwise fully appraised of the issues raised by that motion, hereby orders that counsels' joint motion is GRANTED and adopts the following modifications to the Final Pretrial Order:

    a.  The parties will exchange final exhibit lists, physical copies of exhibits, and final witness lists on February 21, 2006.  The parties will also exchange designations of deposition testimony that they intend to use at trial.

    b.  The parties will file motions *in limine*, including, but not limited to *Daubert* motions challenging expert testimony on February 21, 2006.

    c.  The parties will exchange objections, if any, to exhibits and witnesses on March 14, 2006.  The parties will exchange objections to deposition designations and make responsive designations.

    d.  The parties will file responses to motions *in limine*, including, but not limited to *Daubert* motions challenging expert testimony on March 21, 2006.

e.   The parties will file reply briefs in support of motions *in limine*, including, but not limited to *Daubert* motions challenging expert testimony on April 4, 2006.   The parties will also file stipulations concerning facts, evidence, and applicable statutes regulations and rules.   The parties will exchange reply deposition designations and objections to counter-responsive designations.

f.   The parties will complete remaining depositions by March 24.

g.   The parties will designate deposition testimony that they intend to use at trial from the more recent depositions by March 31, 2006, will exchange objections and counter designations to those depositions by April 7, 2006, and will exchange reply designations and objections to counter-responsive designations on April 15, 2006.

DATED this 26th  day of January, 2006.

BY THE COURT

s/ O. Edward Schlatter
_____
U.S. Magistrate Judge