IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  02-cv-2060-ZLW-OES

FRAN-AM PARTNERSHIP, L.L.C.,

    Plaintiff,

v.

SPORTS CAR CLUB OF AMERICA, INC., and
S.C.C.A. ENTERPRISES, INC.,

    Defendants.

_____

ORDER
_____

    This matter was before the Court on February 8, 2006, for oral argument on Defendants' Motion For Summary Judgment.  The Court heard the arguments and statements of counsel and made conclusions of law which are incorporated herein by reference as if fully set forth.  Accordingly, it is

    ORDERED that Defendants' Motion For Summary Judgment (Doc. No. 80) is granted in part and denied in part.  It is

    FURTHER ORDERED that the motion is granted as to the first, second, and third claims for relief with respect to the Fran-Am 2000 only, and said claims are dismissed with prejudice as to the Fran-Am 2000 only.  It is

    FURTHER ORDERED that the motion is denied as to the first, second, and third claims for relief with respect to the Fran-Am 1600.  It is

FURTHER ORDERED that the motion is denied as to the fourth and fifth claims for relief.  It is

FURTHER ORDERED that the Court reserves ruling on the issue of whether the Fran-Am 2000 may be relevant to the issue of damages.

Dated at Denver, Colorado, this  __14__  day of February, 2006.

BY THE COURT:

*Zita L. Weinshienk*

_____

ZITA L. WEINSHIENK, Senior Judge
United States District Court