IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  02-cv-2060-ZLW-OES

FRAN-AM PARTNERSHIP, L.L.C.,

     Plaintiff,

v.

SPORTS CAR CLUB OF AMERICA, INC., and
S.C.C.A. ENTERPRISES, INC.,

     Defendants.

_____

ORDER OF DISMISSAL
_____

     The matter before the Court is a Joint Notice Of Settlement And Motion For Dismissal With Prejudice, signed by the attorneys for the parties hereto.  In consideration thereof, it is

     ORDERED that the Joint  Motion For Dismissal With Prejudice is granted.  It is

     FURTHER ORDERED that the Complaint and cause of action are dismissed with prejudice, the parties to pay their own costs and attorneys' fees.  It is

     FURTHER ORDERED that the trial preparation conference set on Wednesday, April 5, 2006, at 2:00 p.m., and the trial to jury for three weeks set on Monday, May 1, 2006, are vacated.

     DATED at Denver, Colorado, this  29  day of March, 2006.

                                       BY THE COURT:

                                       _____
                                       ZITA L. WEINSHIENK,  Senior Judge
                                       United States District Court